USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/7/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHERRI HILL, INC.,

Plaintiff,

-against-

26-cv-2642 (LAK)

MEDON, INC., SHEISME, INC.,
CHUANRONG ZHANG, MEIDONG DING,
and JOHN DOES 1-25,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

Plaintiff seeks an order compelling defendants Medon, Inc., SheIsMe, Inc., Chuanrong Zhang, and Meidong Ding to serve Initial Disclosures within three business days.

Plaintiff's motion to compel (Dkt 35) is granted insofar as defendants Medon, Inc., SheIsMe, Inc., Chuanrong Zhang, and Meidong Ding shall serve Initial Disclosures by October 13, 2026. Plaintiff's motion seeking reasonable expenses incurred in making its motion shall be reserved pending defendants' compliance.

SO ORDERED.

Dated: October 7, 2026

Lewis A. Kaplan
United States District Judge