UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

SHERRI HILL, INC.,

Plaintiff,

v.

MEDON, INC.,
SHEISME, INC.,
CHUANRONG ZHANG,
MEIDONG DING, and
JOHN DOES 1-25,

Defendants.

1:26 CV 2642-LAK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/26

**PLAINTIFF'S MOTION FOR SANCTIONS (INITIAL DISCLOSURES)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Joseph C. Gioconda dated October 14, 2026, the exhibits thereto, all prior proceedings in this action, and such further submissions or argument as the Court may permit, Plaintiff Sherri Hill, Inc. moves this Court pursuant to Federal Rules of Civil Procedure 37(a)(5)(A), 37(b)(2), and 37(c)(1), for an Order:

1. directing Defendants to serve complete Initial Disclosures complying with Federal Rule of Civil Procedure 26(a)(1) within twenty-four hours of the Court's Order;

2. awarding Plaintiff the reasonable attorneys' fees and expenses incurred in bringing its original motion to compel, as to which the Court expressly reserved decision in its October 7, 2026 Order;

The relief sought by ¶¶ 1 and 5 is superfluous, as defendants were ordered to make complete Initial Disclosures by Dkt 36. That sought by ¶ 2 is moot. The Court denies that sought by ¶¶ 3 and 4 without prejudice to renewal upon any subsequent motion. The Clerk shall terminate the motion.

SO ORDERED

LEWIS A. KAPLAN, USDJ
10/15/26