USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/15/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHERRI HILL, INC.,

Plaintiff,

-against-

26-cv-2642 (LAK)

MEDON, INC., et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

By order dated October 7, 2026, the Court granted so much of plaintiff's motion to compel defendants to make initial disclosures by a date certain (Dkt 35) but reserved decision with respect to the further request for an award of attorneys' fees and expenses in bringing that motion ending defendants' compliance with the order. It now appears that the defendants still have not complied with the order to make initial disclosures. In any case, however, it now is appropriate to award reasonable attorneys' fees and expenses incurred in the bringing of plaintiff's motion.

Accordingly, plaintiff is hereby granted as against the named defendants, jointly and severally, the reasonable attorneys' fees and expenses of the previous motion which the Court fixes at $1,500.

SO ORDERED.

Dated: October 15, 2026

Lewis A. Kaplan
United States District Judge